IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| POLANSKI PLEASANT, #201195, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10cv685-ID |
| | ) | |
| J. C. GILES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On September 9, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. To the extent Pleasant seeks habeas corpus relief, the instant application is DENIED.

2. To the extent Pleasant seeks issuance of a petition for writ of mandamus, this request is DENIED.

3.     This case is DISMISSED for lack of jurisdiction.

Done this the 29th day of September, 2010.

                                    /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE